MICHIGAN SAVINGS BANK, Respondent, *v.* COY, HUNT & Co., Appellant.

*Michigan Savings Bank* v. *Coy, Hunt & Co.*, 111 App. Div. 914, affirmed. (Argued November 28, 1906; decided December 18, 1906.)

APPEAL from a judgment, entered February 10, 1906, upon an order of the Appellate Division of the Supreme Court in the first judicial department, overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for plaintiff upon the verdict in an action by an assignee to recover the price of goods alleged to have been sold and delivered.

*T. M. Tyng* and *Edward D. Dowling* for appellant.

*Benjamin F. Blair* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: O'BRIEN, J.